UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD A. BLAIR,<br><br>            Plaintiff,<br><br>    v.<br><br>FERGUSON ENTERPRISES, INC., *et al*.,<br><br>            Defendants. | No. 1:25-CV-02174-ACRE<br><br>Judge Ana C. Reyes |

## NOTICE OF APPEARANCE

Please enter the appearance of David L. Greenspan (D.C. Bar No. 1021256) as counsel for Defendants Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., Ferguson Enterprises, LLC (collectively "Ferguson"), McGuireWoods LLP ("McGuireWoods"), Joel Allen, and Cory R. Ford (collectively "Defendants") in the above-captioned case.

**McGuireWoods LLP**

*/s/   David L. Greenspan*
David L. Greenspan (D.C. Bar No. 1021256)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
T: (703) 712-5096
F: (703) 712-5217
dgreenspan@mcguirewoods.com

*Counsel for Defendants Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., Ferguson Enterprises, LLC, McGuireWoods LLP, Joel Allen, Esq., and Cory R. Ford, Esq.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, the foregoing document was filed electronically via CM/ECF, and served by certified mail and electronic mail to:

Ronald A. Blair
2404 Parisio Court
Leander, TX 78641
*Pro se Plaintiff*

*/s/ David L. Greenspan*
David L. Greenspan