IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RONALD A. BLAIR,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-02174 |
| | § | |
| **FERGUSON ENTERPRISES, INC.;** | § | |
| **FERGUSON US HOLDINGS, INC.;** | § | |
| **FERGUSON ENTERPRISES, LLC;** | § | |
| **MCGUIREWOODS LLP;** | § | |
| **JOEL ALLEN, ESQ;** | § | |
| **CORY R. FORD, ESQ;** | § | |
| **DOE DEFENDANTS 1–5,** | § | |
|     Defendants | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**

**MOTION TO DISQUALIFY MCGUIREWOODS LLP**

Upon consideration of Plaintiff's *Motion to Disqualify McGuireWoods LLP from Representing Defendants Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., and Ferguson Enterprises, LLC in the United States District Court for the District of Columbia*, and the record herein, it is hereby:

**ORDERED** that McGuireWoods LLP is **DISQUALIFIED** from representing any Defendant in this matter; and it is further

**ORDERED** that Defendants' August 8, 2025 *Notice of Request for Pre-Motion Conference* is **DENIED** as procedurally improper; and it is further

**ORDERED** that McGuireWoods LLP, and all of its attorneys, staff, and agents, are **DISQUALIFIED** from representing Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., Ferguson Enterprises, LLC, or any other Defendant in this matter; and it is further

**ORDERED** that McGuireWoods LLP is prohibited from serving in any advisory, consulting, or shadow-counsel capacity in connection with this matter or any related proceeding in this Court or any other forum; and it is further

**ORDERED** that Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., and Ferguson Enterprises, LLC shall retain new, conflict-free counsel and cause such counsel to enter an appearance within fourteen (14) days of this Order; and it is further

**ORDERED** that Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., and Ferguson Enterprises, LLC, together with McGuireWoods LLP, shall file a joint certification within ten (10) days of this Order confirming that McGuireWoods LLP has ceased all representation, advisory, and consulting roles in this matter; and it is further

**ORDERED** that, in the alternative, Plaintiff's pending Motion for Preservation of Evidence and for Leave to Conduct Limited Expedited Discovery is **GRANTED** to ensure protection of class-wide and case-critical evidence.

**SO ORDERED.**

Dated: _____

Washington, D.C.

_____
Hon. Ana C. Reyes
United States District Judge