UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD A. BLAIR,<br><br>  Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC., *et al.*,<br><br>  Defendants. | No. 1:25-CV-02174-ACRE<br><br>Judge Ana C. Reyes |

### DECLARATION OF DAVID L. GREENSPAN

1.  My name is David L. Greenspan. I am over the age of 18, and my office address is 1750 Tyson's Boulevard, Suite 1800, Tysons, Virginia 22102. I have personal knowledge of the facts set forth in this declaration. I am a partner with the law firm McGuireWoods, LLP and am licensed to practice law in the District of Columbia.

2.  I represent Ferguson Enterprises, Inc., Ferguson U.S. Holdings, Inc., Ferguson Enterprises, LLC, McGuireWoods, LLP, Joel Allen, and Cory Ford in the above captioned action.

3.  I consulted with each of these clients and each provided their informed consent to the joint representation in this matter.

4.  I reasonably believe that I will be able to provide competent and diligent representation to each client in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2025

*/s/ David L. Greenspan*
David L. Greenspan