UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD A. BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC., *et al.*,<br><br>    Defendants. | No. 1:25-CV-02174-ACR<br><br>Judge Ana C. Reyes |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff Ronald A. Blair's Motion to Disqualify McGuireWoods LLP from Representing Defendants Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., and Ferguson Enterprises, LLC (ECF No. 13) ("Motion to Disqualify"), and Defendants' opposition thereto, it is hereby

ORDERED that the Motion to Disqualify is DENIED.

ENTERED this ____ day of _____, 2025.

_____
The Honorable Ana C. Reyes
United States District Court Judge

Copies to:

David L. Greenspan (D.C. Bar No. 1021256)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
T: (703) 712-5096
F: (703) 712-5217
dgreenspan@mcguirewoods.com

*Counsel for Defendants Ferguson Enterprises, Inc., Ferguson US Holdings, Inc., Ferguson Enterprises, LLC, McGuireWoods LLP, Joel Allen, Esq., and Cory R. Ford, Esq.*

Ronald A. Blair
2404 Parisio Court
Leander, TX 78641

*Plaintiff*